RICHARD H. ZAITLEN #63283  
STEPHEN D. BYERS #223330  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
725 South Figueroa Street, Suite 2800  
Los Angeles, CA  90017-5406  
Telephone: (213) 488-7100  
Facsimile: (213) 629-1033  
Email: richard.zailen@pillsburylaw.com  
Email: sbyers@pillsburylaw.com  

JS-6

Attorneys for Plaintiff and Counterdefendant  
TROY-CSL LIGHTING, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TROY-CSL LIGHTING, INC., a New York corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>GM LIGHTING, LLC., an Illinois corporation,<br><br>    Defendant and Counterplaintiff. | Case No. CV-06-6696-VBF(RZx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Troy-CSL Lighting, Inc. ("Troy") and defendant GM Lighting, LLC ("GM") (collectively, the "Parties"), having agreed to a final settlement of the claims made in this action, hereby stipulate to entry of this Consent Judgment as a judgment of this Court.

1.    This Court has personal jurisdiction over the Parties and over the subject matter of this action and will retain jurisdiction over the Parties for the purposes of enforcing this Judgment and Order.

2.    Troy is the assignee of U.S. Patent No. 7,114,833 ("the '833 patent") and is the owner of all right, title, and interest in said patent.

3.    Claim 16 of the `833 patent is valid and enforceable.

4.    GM has sold lighting fixtures under the Model Nos. "X-8," "X-16," "X-24," and "X-32." Examples of such lighting fixtures are attached hereto as Exhibit 1. GM has sold these lighting fixtures to various entities in the United States.

5.    Model Nos. "X-8," "X-16," "X-24," and "X-32" lighting fixtures having the structure shown in Exhibit 1 attached hereto infringe claim 16 of the '833 patent.

6.    Except as otherwise set forth in the Settlement Agreement between the parties, GM, and its officers, agents, servants, and employees, and those persons in active concert or participation with them who receive actual notice of this Judgment, are hereby permanently enjoined from making, importing, promoting, advertising, or manufacturing the X-32 Lighting Fixtures having the structure depicted in Exhibit 1 attached hereto for so long as claim 16 of the '833 patent is valid and not expired.

7.    Except as expressly provided in this Order, the Complaint and all claims and counterclaims in this case are hereby dismissed with prejudice.

8. This Judgment is entered subject to and pursuant to a settlement agreement between the parties hereto. Each party shall bear its own attorneys' fees, costs and expenses incurred in this action.

IT IS SO ORDERED:

Dated: 12/22/09 _____

*/s/ Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Court Judge

AGREED TO AND ACCEPTED BY:

| PILLSBURY WINTHROP SHAW PITTMAN LLP | WAGNER, ANDERSON & BRIGHT, LLP |
|---|---|
| By: _____ | By: _____ |
| Dated: _____ | Dated: _____ |
| Richard H. Zaitlen<br>Attorneys for Plaintiff | Roy L. Anderson<br>Attorneys for Defendant |

EXHIBIT 1





